Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-08-00762-CV

Lorraine **GONZALES**,
Appellant

v.

**CITY OF PLEASANTON**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 07-07-0547-CVA
Honorable Stella H. Saxon, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:   January 14, 2009

DISMISSED

The appellant has filed a motion to dismiss this appeal in which she represents to the court that the parties have settled the controversy between them. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the appellant. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM